**DAVID M.C. PETERSON**
California Bar No. Pending
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:  (619) 234-8467
Facsimile:  (619) 687-2666
Email:  David_Peterson@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY A. BENCIVENGO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ0653 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| CARLOS HUMBERTO FIGUEROA-VILLELA, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: March 6, 2008                 */s/ DAVID M. C. PETERSON*
                                     DAVID M.C. PETERSON
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Defendant
                                     David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: March 6, 2008                           /s/ *DAVID M. C. PETERSON*
                                               DAVID M.C. PETERSON
                                               Federal Defenders of San Diego, Inc.
                                               225 Broadway, Suite 900
                                               San Diego, CA  92101-5030
                                               (619) 234-8467  (tel)
                                               (619) 687-2666  (fax)
                                               David_Peterson@fd.org (email)